DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.T.,** a Child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3130

[February 3, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos S. Rebollo, Judge; L.T. Case No. 15000868DLA.

Carey Haughwout, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

In this *Anders*[1] appeal, we affirm the finding of guilt, the withholding of adjudication of delinquency, and the placement of the child on probation, but remand for the trial court to correct the delinquency disposition order to reflect all of the required information (the maximum penalty and whether the child spent any time in secure detention before disposition). *See* Fla. R. Juv. P. 8.115(d); *A.M.R. v. State*, 134 So. 3d 502, 503 (Fla. 4th DCA 2014); *D.B. v. State*, 114 So. 3d 1121, 1121–22 (Fla. 2d DCA 2013).

*Affirmed.*

TAYLOR, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] *Anders v. California*, 386 U.S. 738 (1967).